1  MICHAEL L. WHITCOMB, ESQ.  (SBN:  86744)
   MICHAEL L. JOHNSON, ESQ. (SBN:  88884)
2  UNION PACIFIC RAILROAD COMPANY
   Law Department
3  10031 Foothills Boulevard, Suite 200
   Roseville, CA  95747
4  General:    916-789-6400
   Direct:     916-789-6231
5  Fax:        916-789-6227

6  Attorneys for Defendant
   UNION PACIFIC RAILROAD COMPANY

7

8              IN THE UNITED STATES DISTRICT COURT

9         IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  DENNIS M. HASKIN,                    Case No.: 2:05-CV-01703-LKK-DAD

12          Plaintiff,                   STIPULATION MODIFYING
                                         SCHEDULING ORDER; ORDER
13     vs.                               THEREON

14  UNION PACIFIC RAILROAD COMPANY and   Final Pretrial:  12/11/2006
    DOES 1 through 20, inclusive,        Trial:           03/06/2007
15
            Defendants.
16

17

18        IT IS HEREBY STIPULATED by and between the parties, through their

19  attorneys of record that the following dates be continued as follows:

20        1.     Expert disclosures are due on or before June 7, 2006.  The disclosures

21  will be made pursuant to Rule 26 of the Federal Rules of Civil Procedure.

22        At this time, the parties do not anticipate requesting any other changes to the

23  Scheduling Order.

24  DATED: May 10, 2006              UNION PACIFIC RAILROAD COMPANY

25                                       /S/ Michael L. Johnson
                                     By: _____
26                                       MICHAEL L. JOHNSON
                                         Attorneys for Defendant
27                                       UNION PACIFIC RAILROAD COMPANY

28
                                     -1-
    _____
                 UPRR's Stip & Order re: Expert Disclosure

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: _____        GANONG & WYATT

2                                            */S/ Philip Ganong*
                                     By: _____
3                                          PHILIP GANONG
                                           Attorneys for Plaintiff
4                                          DENNIS HASKIN

5

6                                    ORDER

7        After considering the Stipulation by and between the parties, through their

8  attorneys of record,

9        IT IS HEREBY ORDERED that:

10       1.      Expert disclosures are due on or before June 7, 2006 in accordance with

11 Federal Rules of Civil Procedure, Rule 26.

12       All other dates remain as scheduled.

13 DATED:   May 10, 2006.              /s/Lawrence K. Karlton
                                       Lawrence K. Karlton
14                                     Senior Judge
                                       United States District Court
15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

_____
UPRR's Stip & Order re: Expert Disclosure

PDF created with pdfFactory trial version www.pdffactory.com