IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS M. HASKIN,                             NO.   CIV.S-05-1703 LKK DAD

      Plaintiff,

  v.                                          ORDER

UNION PACIFIC RAILROAD, et al.,

      Defendants.
_____/

     Counsel for defendant having failed to explain by affidavit "the failure of counsel to obtain a stipulation for the issuance of such an order from other counsel or parties in the action," as required by Local Rule 6-144(e), defendant's ex parte application for order shortening time on defendant's motion to compel is HEREBY DENIED.

     Nonetheless, the parties are advised that the Local Rules provide as follows with respect to discovery motions:

/////

/////

1

> If the notice of motion and motion are filed concurrently with the joint statement, the motion shall be placed on the next regularly scheduled calendar for the Magistrate Judge or Judge hearing the motion at least three (3) court days thereafter.

Local Rule 37-251(a). Therefore, as a general matter, parties may place a motion to compel on the undersigned's weekly law and motion calendar, which commences on Fridays at 10:00 a.m. in Courtroom 27, so long as the notice of motion and motion and joint statement regarding discovery dispute are filed concurrently on or before the Tuesday of the week in question.

DATED: June 19, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Dad1/orders.civil/haskin1703.short.deny

2