UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DENNIS M. HASKIN,

               NO. CIV. S-05-1703 LKK/DAD

   Plaintiff,

 v.               O R D E R

UNION PACIFIC RAILROAD
COMPANY,

   Defendant.
              /

  A telephonic Status Conference was held with the parties on July 7, 2006.  Based on the parties' representation that neither party would file motions for summary judgment, the court ORDERS as follows:

  1. The discovery cut-off is EXTENDED to September 26, 2006; and

  2. The dates for pretrial and trial remain the same.

  IT IS SO ORDERED.

  DATED:  July 10, 2006

              /s/ Lawrence K. Karlton
              LAWRENCE K. KARLTON
              SENIOR JUDGE
              UNITED STATES DISTRICT COURT