**GANONG & WYATT, LLP**
924 Truxtun Avenue
Bakersfield, California 93301
Telephone 661.327.3337
Facsimile 661.327.3395

Philip W. Ganong, SBN 88414
Ralph Wm. Wyatt, SBN 63247

Attorneys for Plaintiff Dennis M. Haskin

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS M. HASKIN,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:05-CV-01703-LKK-DAD<br><br>STIPULATION TO INTRODUCE WITNESS TESTIMONY VIA VIDEO-TAPE AT TRIAL; ORDER THEREON<br><br>TRIAL DATE:  April 3, 2007 |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record that the testimony of Plaintiff's medical expert, Dr. Jerome Schofferman, may be introduced via videotape at trial in the event he is not available to testify in person. Dr. Schofferman is currently scheduled to be out of the State of California, and is not available for purposes of testimony at the trial date on April 3, 2007.

DATED:  March 12, 2007.  **GANONG & WYATT, LLP**

                By:/s/ Philip W. Ganong
                   Philip W. Ganong/Ralph Wm. Wyatt
                   Attorneys for Plaintiff

DATED:  March 12, 2007.  **UNION PACIFIC RAILROAD COMPANY**

                By:/s/ Michael L. Johnson
                   Michael L. Johnson
                   Attorneys for Plaintiff

-1-

**ORDER**

After considering the Stipulation by and between the parties, through their attorneys of records,

IT IS HEREBY ORDERED that:

1. The trial testimony of Plaintiff's medical expert, Dr. Jerome Schofferman, is allowed to be introduced via videotape due to Dr. Schofferman's absence from the State of California during the time period when the trial of this case has been scheduled.

DATED: March 19, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT