UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DENNIS M. HASKIN,

                               NO. CIV. S-05-1703 LKK/DAD

        Plaintiff,

    v.                             O R D E R

UNION PACIFIC RAILROAD COMPANY,

        Defendant.
                               /

    Trial is set to commence in the above captioned case on April 3, 2007.  Both parties filed amended witness lists and exhibit lists. Neither party has filed objections. Accordingly, the court orders as follows:

    1.   The defendant's third amended exhibit list (docket No. 111) and second amended witness list (docket No. 112) shall be deemed final for purposes of trial.

    2.   The plaintiff may include exhibits 53-55 in his final exhibit list (see docket No.'s 97, 98 and 100). Plaintiff is instructed to file a final list of exhibits

1      and witnesses no later than April 2, 2007 at 10:00 a.m.
2      IT IS SO ORDERED.
3      DATED: March 27, 2007.

```
                          /s/ Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```