UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
May 9, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

JUDGMENT IN A CIVIL CASE

DENNIS M. HASKIN

v.     CASE NUMBER:  CIV S-05-1703 LKK DAD

UNION PACIFIC RAILROAD COMPANY

**XX** -- Jury Verdict.  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED MAY 7, 2007 in the amount of $478,059.43 for plaintiff   Dennis M. Haskin.

VICTORIA C. MINOR,
CLERK OF COURT

ENTERED:   May 9, 2007

by:_/s/ NDDuong
NDDuong, Deputy Clerk